UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE COAR**

**MAGISTRATE JUDGE ASHMAN**

UNITED STATES OF AMERICA )
)
v. ) No. 08 CR 386
)
SHAMONTE HALL, ) Violations: Title 21, United States
KORINDER GORDON and ) Code, Section 846; Title 18, United
RODNEY RAY. ) States Code, Sections 924(c)(1)(A),
) 922(g)(1) and 2.

**FILED**

**JUN 1 1 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

Beginning on or about May 2, 2008, and continuing until on or about May 13, 2008, at North Chicago, in the Northern District of Illinois, Eastern Division,

SHAMONTE HALL,
KORINDER GORDON and
RODNEY RAY,

defendants herein, conspired with each other, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a controlled substance, namely, five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about May 13, 2008, at North Chicago, in the Northern District of Illinois, Eastern Division,

>SHAMONTE HALL,
>KORINDER GORDON and
>RODNEY RAY,

defendants herein, did attempt to knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT THREE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about May 13, 2008, at North Chicago, in the Northern District of Illinois, Eastern Division,

SHAMONTE HALL,
KORINDER GORDON and
RODNEY RAY,

defendants herein, knowingly possessed firearms in furtherance of, and carried firearms during and in relation to, drug trafficking crimes for which they may be prosecuted in a court of the United States, namely, violations of Title 21, United States Code, Section 846, as set forth in Counts One and Two of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT FOUR

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about May 13, 2008, at North Chicago, in the Northern District of Illinois, Eastern Division,

SHAMONTE HALL,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, namely, one RG Industries, Model RG 40, caliber .38 Special revolver, which had the importer or manufacturer's serial number removed, obliterated or altered, or one Taurus, Model .38 Special, .38 caliber revolver, serial number 439315, which firearms were in and affecting interstate commerce in that the firearms had traveled in interstate commerce prior to defendant's possession of said firearms;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about May 13, 2008, at North Chicago, in the Northern District of Illinois, Eastern Division,

KORINDER GORDON,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, namely, one RG Industries, Model RG 40, caliber .38 Special revolver, which had the importer or manufacturer's serial number removed, obliterated or altered, and one Taurus, Model .38 Special, .38 caliber revolver, serial number 439315, which firearms were in and affecting interstate commerce in that the firearms had traveled in interstate commerce prior to defendant's possession of said firearms;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations contained in Counts Four and Five of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violations of Title 18, United States Code, Sections 924(c)(1)(A) and 922(g)(1) as alleged in the foregoing Indictment,

> SHAMONTE HALL and
> KORINDER GORDON,

defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest they may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) are one RG Industries, Model RG 40, caliber .38 Special revolver, which had the importer or manufacturer's serial number removed, obliterated or altered, and one Taurus, Model .38 Special, .38 caliber revolver, serial number 439315;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY