Minute Order Form (06/97)

# MAGISTRATE JUDGE ASHMAN

08 GJ 528

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE COAR | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 386 | DATE | JUNE 11, 2008 |
| CASE TITLE | US v. SHAMONTE HALL, KORINDER GORDON and RODNEY RAY | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING

SPECIAL MARCH 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge *Sidney I. Schenkier* [signature]

DOCKET ENTRY:

NO BOND SET; DETAINED BY MAGISTRATE AS TO ALL DEFENDANTS.

✓ FILED

JUN 1 1 2008

Grand Jury for the _____ Session.

By: _____ Foreman.

SIGNATURE OF CHIEF JUDGE
OR MAGISTRATE JUDGE _____

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(ONLY IF FILED UNDER SEAL)

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |