# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 386 - 2 | **DATE** | 6/16/2008 |
| **CASE TITLE** | USA vs. Korinder Gordon | | |

**DOCKET ENTRY TEXT**

Arraignment held on 6/16/2008. Defendant enters plea of not guilty to all counts. 16.1(A) conference to be held by or on 6/23/2008. Pretrial motions to be filed by or on 6/30/2008. Response to be filed by or on 7/14/2008. Status hearing set for 7/21/2008 at 9:45 a.m., before Judge Coar. Time is excludable under 18:3161(h)(1)(F) (E-X).

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:01

| | Courtroom Deputy Initials: | IS |
|---|---|---|

Case 1:08-cr-00386   Document 20   Filed 06/16/2008   Page 1 of 1

08CR386 - 2 USA vs. Korinder Gordon    Page 1 of 1