UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | No. O8 CR 386-2 |
| | ) | |
| vs. | ) | Judge David H. Coar |
| | ) | |
| KORINDER GORDON | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT KORINDER GORDON'S MOTION
COMPELLING IMMEDIATE DISCLOSURE OF EXISTENCE AND SUBSTANCE OF
PROMISES OF IMMUNITY, LENIENCY, OR PREFERENTIAL TREATMENT**

NOW COMES the defendant, KORINDER GORDON, by and through his attorney, GERALD J. COLLINS, and respectfully moves this Honorable Court for an order compelling the government to immediately disclose the existence and substance of any promises of immunity, leniency, or preferential treatment.

Respectfully submitted,

s/ Gerald J. Collins
GERALD J. COLLINS

GERALD J. COLLINS
Attorney at Law
100 West Monroe Street, Suite 1310
Chicago, IL 60603
(312) 641-1950