UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | No. O8 CR 386-2 |
| | ) | |
| vs. | ) | Judge David H. Coar |
| | ) | |
| KORINDER GORDON | ) | |
| | ) | |
| Defendant | ) | |

## DEFENDANT KORINDER GORDON'S MOTION
## FOR DISCLOSURE OF GRAND JURY PROCEEDINGS

NOW COMES, the defendant, KORINDER GORDON, by and through his attorney, GERALD J. COLLINS, and respectfully moves this Honorable Court for an order directing the government to disclose and to provide counsel for the defendant with Grand Jury transcripts pursuant to Rule 6(e)(3)(c) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

s/ Gerald J. Collins
GERALD J. COLLINS

GERALD J. COLLINS
Attorney at Law
100 West Monroe Street, Suite 1310
Chicago, IL 60603
(312) 641-1950