UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | No. O8 CR 386-2 |
| | ) | |
| vs. | ) | Judge David H. Coar |
| | ) | |
| KORINDER GORDON | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT KORINDER GORDON'S MOTION TO REQUIRE
GOVERNMENT TO MAKE A *SANTIAGO PROFFER* STATEMENT**

NOW COMES the defendant, KORINDER GORDON, by and through his attorney, GERALD J. COLLINS, and respectfully moves this Honorable Court for an order directing that the government be required to make a *Santiago proffer* statement prior to permitting any hearsay to be used against the defendant or any co-defendant.

    Respectfully submitted,

    s/ Gerald J. Collins
    GERALD J. COLLINS

GERALD J. COLLINS
Attorney at Law
100 West Monroe Street, Suite 1310
Chicago, IL 60603
(312) 641-1950