UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | No. O8 CR 386-2 |
| | ) | |
| vs. | ) | Judge David H. Coar |
| | ) | |
| KORINDER GORDON | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT KORINDER GORDON'S MOTION TO REQUIRE GOVERNMENT TO GIVE IMMEDIATE NOTICE OF ITS INTENTION TO USE EVIDENCE OF OTHER CRIMES**

NOW COMES the defendant, KORINDER GORDON, by and through his attorney, GERALD J. COLLINS, and respectfully moves this Honorable Court for an order requiring the government to give immediate notice of its intention to use evidence of other crimes, wrongs, and/or bad acts, pursuant to Rule 404(B).

Respectfully submitted,

s/ Gerald J. Collins
GERALD J. COLLINS

GERALD J. COLLINS
Attorney at Law
100 West Monroe Street, Suite 1310
Chicago, IL 60603
(312) 641-1950