UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | No. O8 CR 386-2 |
| | ) | |
| vs. | ) | Judge David H. Coar |
| | ) | |
| KORINDER GORDON | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT KORINDER GORDON'S MOTION
FOR A PRETRIAL LIST OF WITNESSES**

NOW COMES the defendant, KORINDER GORDON, by and through his attorney, GERALD J. COLLINS, and respectfully moves this Honorable Court for an order requiring the government to furnish to defendant's counsel the names and addresses of all witnesses that the government intends to call at trial, and the names and addresses of all witnesses that the government does not intend to call at trial in order to avoid surprises and to assure defendant's rights to confrontation and cross-examination.

Respectfully submitted,

s/ Gerald J. Collins
GERALD J. COLLINS

GERALD J. COLLINS
Attorney at Law
100 West Monroe Street, Suite 1310
Chicago, IL 60603
(312) 641-1950