UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | No. O8 CR 386-2 |
| vs. | ) | Judge David H. Coar |
| KORINDER GORDON | ) | |
| Defendant | ) | |

## DEFENDANT KORINDER GORDON'S MOTION
## TO ADOPT MOTIONS OF CO-DEFENDANTS

NOW COMES the defendant, KORINDER GORDON, by and through his attorney, GERALD J. COLLINS, and respectfully moves this Honorable Court for an order permitting this defendant to adopt the motions of co-defendants unless expressly disavowed by the defendant.

Respectfully submitted,

s/ Gerald J. Collins

GERALD J. COLLINS