UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 06 CR 357-2 |
| vs. | ) | |
| | ) | Judge David H. Coar |
| KORINDER GORDON, | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF FILING**

TO:   Kenneth E. Yeadon
      Assistant United States Attorney
      United States Attorneys Office
      219 South Dearborn Street
      Chicago, IL 60604

     PLEASE TAKE NOTICE that on July 1, 2008, I have caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at Chicago, Illinois, the attached **MOTION FOR CONTINUING DISCLOSURE OF FAVORABLE EVIDENCE, MOTION FOR DISCLOSURE OF PROMISES, MOTION FOR A SANTIAGO PROFFER, MOTION FOR PRODUCTION OF INFORMANTS, MOTION FOR NOTICE OF OTHER CRIMES, MOTION FOR A SEVERANCE, MOTION FOR A PRETRIAL LIST OF WITNESSES, MOTION FOR RIGHT TO FILE ADDITIONAL MOTIONS, and MOTION TO ADOPT,** a copy of which is served upon you.

                                                s/ Gerald J. Collins
                                                GERALD J. COLLINS

GERALD J. COLLINS
Attorney at Law
100 West Monroe Street, Suite 1310
Chicago, IL 60603
(312) 641-1950

## CERTIFICATE OF SERVICE

The undersigned, GERALD J. COLLINS, attorney at law, certifies that in accordance with FED. R. CRIM. P. 49, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**MOTION FOR CONTINUING DISCLOSURE OF FAVORABLE EVIDENCE, MOTION FOR DISCLOSURE OF PROMISES, MOTION FOR A SANTIAGO PROFFER, MOTION FOR PRODUCTION OF INFORMANTS, MOTION FOR NOTICE OF OTHER CRIMES, MOTION FOR A SEVERANCE, MOTION FOR A PRETRIAL LIST OF WITNESSES, MOTION FOR RIGHT TO FILE ADDITIONAL MOTIONS, and MOTION TO ADOPT**

were served pursuant to the district court's ECF system as to ECF filers, on July 1, 2008, and if any, were sent by first-class mail or by hand deliver to non-ECF filers.

s/Gerald J. Collins
GERALD J. COLLINS

GERALD J. COLLINS
Attorney at Law
100 West Monroe Street, Suite 1310
Chicago, IL 60603
(312) 641-1950