## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 386 -1, 2 & 3 | **DATE** | 7/21/2008 |
| **CASE TITLE** | United States of America vs.  Shamonte Hall, Karinder Gordon, Rodney Ray | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/212008    The defendants are given leave to file additional motions by 8/4/2008; the Government shall file responses to motions by 8./15/2008.   Status hearing and status hearing regarding the motions set for 8/22/2008 at 09:30 A.M.   Pursuant to 18:3161(h)(8)(A)(B) and (h)(1)(F),   time is excluded through and including 8/22//2008    (X-T & X-E) .

**Docketing to mail notices.**

00:06

| | **Courtroom Deputy** | **PAMF** |
|---|---|---|