# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                            Plaintiff,

v.                                                                           Case No.: 1:08−cr−00386
                                                                          Honorable David H. Coar

Shamonte Hall, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2008:

      MINUTE entry before the Honorable David H. Coar:Status hearing held on 8/22/2008. Jury Trial set for 10/27/2008 at 10:00 AM. Status hearing set for 8/28/2008 at 9:30 AM. Pursuant to 18:3161(h)(8)(A)(B), time is excluded to 10/27/2008. Mailed notice (tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.