UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

UNITED STATES OF AMERICA
                            Plaintiff,

v.                                             Case No.: 1:08−cr−00386
                                               Honorable David H. Coar

Shamonte Hall, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2008:

      MINUTE entry before the Honorable David H. Coar − as to Karinder Gordon (2): Motion hearing held on 8/22/2008. For the reasons stated on the record, Motion by defendant Karinder Gordon for disclosure of favorable evidence (Doc #30) is DENIED, but the government must disclose any Brady or Jencks Act material no later than 1 week prior to trial; Motion by defendant Karinder Gordon for disclosure of promises of immunity, leniency, or treatment (Doc #31) is DENIED, but the government shall disclose any Giglio material no later than one week prior to trial; Motion by defendant Karinder Gordon for disclosure of Grand Jury proceedings (Doc #32) is DENIED, but any Giglio evidence must be disclosed no later than one week prior to trial; Motion by defendant Karinder Gordon for disclosure of Santiago proffer statement (Doc #33) is DENIED, but the government must provide a Santiago proffer statement no later than 3 weeks prior to trial; Motion by defendant Karinder Gordon for disclosure and production of informants (Doc #34) is DENIED for lack of demonstrated need; Motion by defendant Karinder Gordon for disclosure of government's intention to use 404(B) evidence (Doc #35) is DENIED, but the government must provide that information no later than 2 weeks prior to trial; Motion by defendant Karinder Gordon to sever defendant (Doc #36) is DENIED as premature; Motion by defendant Karinder Gordon for disclosure of list of witnesses (Doc #37) is DENIED, but both parties shall provide a list of witnesses no later than 1 week prior to trial; Motion by defendant Karinder Gordon for leave to be able to file additional motions (Doc #38) is DENIED; Motion by defendant Karinder Gordon to adopt motions of co−defendants (Doc #39) is DENIED; Motion by Government for Reciprocal Discovery is GRANTED; and Motion by Government for Early Return of Trial Subpoenas is GRANTED and will be reciprocal. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Case 1:08-cr-00386    Document 52    Filed 08/22/2008    Page 2 of 2