UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

UNITED STATES OF AMERICA
                                              Plaintiff,
v.                                                          Case No.: 1:08−cr−00386
                                                            Honorable David H. Coar
Shamonte Hall, et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 28, 2008:

    MINUTE entry before the Honorable David H. Coar − as to Shamonte Hall(1), Karinder Gordon(2), Rodney Ray(3): Status hearing held on 8/28/2008. Motion hearing held on 8/28/2008 regarding motion to reset[55]. Defendant Rodney Ray's Motion [55] to reset trial date is granted as to all defendants. The trial date of 10/27/2008 is stricken. Jury Trial is re−set for 12/15/2008 at 10:00 AM. All Pretrial list of witnesses to be filed by 12/1/08. Any Motion in Limine to be filed by 12/1/08; responses due by 12/8/2008. Government's Proposed Jury instructions, voir dire questions and summary of indictment to be submitted/filed on or before 12/1/08 and the defendants to file additional instructions and voir dire questions by 12/8/08. Pursuant to 18:3161(h)(8)(A)(B), time is excluded from 10/27/2008 through and including 12/15/2008. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.