UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:08−cr−00386
Honorable David H. Coar

Shamonte Hall, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

MINUTE entry before the Honorable David H. Coar − as to Shamonte Hall, Karinder Gordon, Rodney Ray: As stated on the record on 8/28/2008, the Government to provide drafts of transcripts within seven days (of 8/28/2008). Any additional transcripts to be provided within a reasonable amount of time. Further, if any Brady, Jencks, Gigilo materials, 404(b) materials/disclosures, and any other disclosures, they are to be provided by 12/1/08. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.